IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 04-110-GF-BMM |
| Plaintiff, | ) | |
| -vs- | ) | ORDER GRANTING MOTION TO CONTINUE HEARING |
| LEON NELS LAVERDURE, | ) | |
| Defendant. | ) | |

Defendant Leon Laverdure, through his counsel of record, James B. Obie, has motioned to the Court to continue the hearing on his motion for early termination of his supervised release because his attorney cannot be available for health reasons. Having represented that the motion is not opposed; IT IS HEREBY ORDERED that the hearing scheduled for January 17, 2017, is vacated to be reset by further order of this Court upon motion of the defendant.

Dated this 12th day of January, 2016.

_____
Brian Morris
United States District Court Judge