**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>LEON NELS LAVERDURE,<br><br>　　　　　　　　Defendant. | CR 04-110-GF-BMM<br><br>**ORDER** |

Defendant has moved under 18 U.S.C. § 3583(e)(1) for an early termination of his supervised release. The Government does not oppose the motion. The Court conducted a hearing on the motion on March 21, 2017.

Defendant was convicted of conspiracy to distribute methamphetamine on October 28, 2004. (Doc. 95). Defendant was sentenced on February 14, 2005, to 188 months in custody followed by 48 months of supervised release. (Doc. 126). Defendant's sentence was reduced to 162 months on May 20, 2015, pursuant to 18 U.S.C. § 3582(c)(2). Defendant's term of supervised release began on November 23, 2015. Defendant has been on supervised release for approximately 1 year and 4 months. The record reflects that Defendant has complied with all of the conditions of his supervised release. *See* Doc. 241 at 2. The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

For the reasons discussed in open court, IT IS ORDERED:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 240) is GRANTED.

2. Defendant is DISCHARGED from supervised release.

DATED this 21st day of March, 2017.

*[signature: Brian Morris]*

Brian Morris
United States District Court Judge